Same case below, 613 F.3d 380.

**No. 10-652. John F. Peoples, Petitioner v. Discover Financial Services, Inc., et al.**

562 U.S. 1180, 131 S. Ct. 1008, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 836.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 387 Fed. Appx. 179.

**No. 10-667. William Miranda-Marin, et al., Petitioners v. Carmen L. Rodriguez-Garcia.**

562 U.S. 1180, 131 S. Ct. 1016, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 729.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 610 F.3d 756.

**No. 10-674. Ann M. Fernandez, Petitioner v. Frost National Bank, et al.; and Ann M. Fernandez, Petitioner v. The John G. and Marie Stella Kenedy Memorial Foundation.**

562 U.S. 1180, 131 S. Ct. 1017, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 892.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 315 S.W.3d 494 (first judgment); and 315 S.W.3d 515 (second judgment).

**No. 10-678. Gregory S. Hollister, Petitioner v. Barry Soetoro, et al.**

562 U.S. 1180, 131 S. Ct. 1017, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 830,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 368 Fed. Appx. 154.

**No. 10-698. Nicholas Cody Tate, Petitioner v. Georgia.**

562 U.S. 1180, 131 S. Ct. 1020, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 907.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 364, 695 S.E.2d 591.

**No. 10-709. Jane E. Bentley, Petitioner v. Atlantic County, New Jersey, et al.**

562 U.S. 1180, 131 S. Ct. 1020, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 808.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 382 Fed. Appx. 205.

**No. 10-713. Raman Patel, et al., Petitioners v. City of Santa Rosa, California, et al.**

562 U.S. 1180, 131 S. Ct. 1021, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 788.

January 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.